# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MICHELLE R. JULIFS,

       Plaintiff,          Case No. 05-C-112

     v.

WALGREEN CO. d/b/a WALGREENS,
and BRETT PEACH,

       Defendants.

## OPINION AND ORDER

      The court ORDERS that Defendant Brett Peach's "Motion to Dismiss" (filed June 23, 2005) IS DENIED without prejudice. The motion has not been briefed and is not accompanied by a certificate of no brief. See Civil Local Rule 7.1.

    Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 24th day of June, 2005.

                                        s/ Thomas J. Curran
                                        Thomas J. Curran
                                        United States District Judge