## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

MICHELLE R. JUILFS,

       Plaintiff,

       v.                         Case No. 05-C-112

WALGREEN CO. d/b/a WALGREENS,
and BRETT PEACH,

       Defendants.

## OPINION AND ORDER

     The court **ORDERS** that the "Defendant Walgreen Co.'s Motion for Summary Judgment" (filed November 15, 2005) **IS DENIED** because the Defendant has filed an amended motion.

     **IT IS FURTHER ORDERED** that the "Plaintiff's Motion to Strike Exhibit E to Villa Affidavit and the Citation to This Unpublished Seventh Circuit Order in Defendant Walgreen Co.'s Brief in Support of Its Motion for Summary Judgment" (filed November 16, 2005) **IS GRANTED**, even though a motion is unnecessary to alert the court to observe Seventh Circuit Rule 53. The request for sanctions is denied.

     Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 28th day of November, 2005.

                          s/Thomas J. Curran
                          THOMAS J. CURRAN
                          United States District Judge