# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MICHELLE R. JUILFS,

        Plaintiff,        Case No. 05-C-112

    v.

WALGREEN CO. d/b/a WALGREENS,
and BRETT PEACH,

        Defendants.

## OPINION AND ORDER

The parties to this case have stipulated to the voluntary dismissal of all claims raised. Therefore, the court ORDERS that this action is dismissed upon its merits, with prejudice, but without costs to any party. See Federal Rule of Civil Procedure 41(a).

IT IS FURTHER ORDERED that the Clerk of Court shall enter a final judgment as a separate document. See Federal Rule of Civil Procedure 58. This judgment shall provide that:

> Plaintiff Michelle R. Juilfs brought this action against Defendants Walgreen Co. d/b/a Walgreens and Brett Peach before the court, the Honorable Thomas J. Curran, District Judge, presiding, and the parties having voluntarily stipulated to the dismissal of all claims raised,
>
> IT IS ORDERED AND ADJUDGED
>
> that this action is dismissed upon its merits, with prejudice and without costs to any party.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 7th day of February, 2006.

s/ Thomas J. Curran
Thomas J. Curran
United States District Judge

2